UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MICHAEL SCOTT CROSBY          CIVIL ACTION NO. 5:23-CV-00351
#535781,                                                    SEC P
Petitioner

VERSUS                                   JUDGE S. MAURICE HICKS, JR.

TRAVIS DAY,                              MAGISTRATE JUDGE PEREZ-MONTES
Respondent

_____

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 9) of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the Objection filed by the Petitioner (ECF No. 10) herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 5) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED, in Shreveport, Louisiana, on this 22nd day of June, 2023.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT